UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-40107 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| SCOTT DYSON, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense«» to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

Between September 7, 2012, and October 14, 2012, in the District of South Dakota and elsewhere, the defendant, Scott Dyson, resided in Sioux Falls and had a computer with internet access. With the username Ignatious93 and the email address of namurrazin@gmail.com, the defendant accessed, downloaded, and therefore received, digital files containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8), from the website identified a lumfile.com. All of the child pornography files were transported over the internet, in or affecting interstate or foreign commerce, to the defendant's computer in Sioux Falls. All of this occurred in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

The defendant further stipulates and agrees that the following property was used or intended to be used in the commission of the offense described above:

1. Lenovo laptop computer, serial number PF07R45X;
2. Adata 64GB flash drive;
3. My Passport portable hard drive, serial number WX71A94E261X;
4. San Disk solid state drive, serial number 131152404162;
5. Thermaltake homemade computer tower;
6. Notebook laptop computer, serial number N5009E3C00579;
7. Sharp Aquos flat screen television monitor, serial number 108815588.

RANDOLPH J. SEILER
United States Attorney

Sept 5, 2017
Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
E-Mail: Jeff.Clapper@usdoj.gov

Sep 1 2017
Date

Scott Dyson
Defendant

9/5/17
Date

Jason Tupman
Attorney for Defendant

2